6

Roy CAMP v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4569.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

Samuel O. Bates, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.